IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JARRETT MATTHEW YORK, )
        Plaintiff, )
        v. ) 1:07CV419
BB&T, )
        Defendant. )

## J U D G M E N T

On August 2, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(b), this action is dismissed without prejudice for Plaintiff's failure to obey this Court's May 31, 2007 order by failing to pay the filing fees within thirty days.

                                                                                      _____
                                                                           United States District Court Judge

September 10, 2007